UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

E. Manrique,                               Civil No. 17-1931 (JNE/SER)

      Plaintiff,

v.                                         ORDER

Gold Key Credit, Inc.,

      Defendant.

On October 31, 2018, the parties filed a joint Stipulation of Dismissal with Prejudice [Dkt. No. 26]. Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party.

IT IS SO ORDERED.

Dated:   October 31, 2018

                                          s/ Joan N. Ericksen
                                          JOAN N. ERICKSEN
                                          United States District Judge